**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JUAN BARROSO, : | |
| : | |
| Plaintiff, : | **ORDER** |
| : | |
| v. : | Civ. No. 07-3978 (WHW) |
| : | |
| NEW JERSEY TRANSIT CORP., POLICE : | |
| CHIEF JOSEPH C. BOBER, : | |
| : | |
| Defendants. : | |

**Walls, Senior District Judge**

For the reasons set forth in the accompanying Opinion,

It is, on this 13th day of January, 2011:

ORDERED that defendant New Jersey Transit Corporation's motion for summary judgment is GRANTED and Joseph C. Bober's motion for summary judgement is GRANTED.

**s/ William H. Walls**

United States Senior District Judge